| | |
|---|---|
| 1 | **RIMAC & MARTIN, P.C.** |
| 2 | JOSEPH M. RIMAC - State Bar No. 72381<br>ANNA M. MARTIN - State Bar No. 154279 |
| 3 | amartin@rimacmartin.com<br>1051 Divisadero Street |
| 4 | San Francisco, California 94115<br>Telephone (415) 561-8440 |
| 5 | Facsimile (415) 561-8430 |
| 6 | Attorneys for Defendant<br>UNUM LIFE INSURANCE COMPANY |
| 7 | OF AMERICA |
| 8 | **AARON & WILSON, LLP** |
| 9 | ROBERT S. AARON - State Bar No. 138903<br>150 Post Street, Ste 400 |
| 10 | San Francisco, CA 94108<br>Telephone (415) 438-7800 |
| 11 | Facsimile (415) 438-7808 |
| 12 | Attorneys for Plaintiff<br>JOSE GONZALES |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

**E-FILING**

| | |
|---|---|
| JOSE GONZALES, | ) CASE NO. **C 06–04045 JW (HRL)** |
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO CONTINUE**<br>) **OCTOBER 3, 2006 CASE**<br>) **MANAGEMENT CONFERENCE AND** |
| UNUM LIFE INSURANCE COMPANY OF<br>AMERICA, | ) ~~[PROPOSED]~~ **ORDER THEREON**<br>) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the Case Management Conference in this matter, currently set for October 3, 2006, be continued ninety (90) days, to January 7, 2007, or a date thereafter at the convenience of the Court. The Case Management Conference Statement will be timely filed.

/ / /

/ / /

---

**-1-**
**STIPULATION TO CONTINUE CASE MANAGEMENT**
**CONFERENCE AND ORDER THEREON**                                **CASE NO. C 06-04045 JW (HRL)**

1  Good cause exists for this continuance in that the parties have elected private mediation
2  in an effort to resolve this matter, thereby conserving judicial resources. This continuance will
3  allow the parties sufficient time to schedule and complete a private mediation of this matter.

4  Furthermore, plaintiff's counsel has purchased non-refundable flight tickets for
5  September 28, 2006 through October 14, 2006.

6  Pursuant to local rules, this document is being electronically filed through the Court's
7  ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this
8  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
9  concurred with the filing of this document; and (3) a record supporting this concurrence is
10 available for inspection or production if so ordered.

```
                                        Respectfully submitted,

                                        RIMAC & MARTIN
                                        a Professional Corporation

DATED:  August 10, 2006     By:    /s/ ANNA M. MARTIN
                                        ANNA M. MARTIN
                                        Attorneys for Defendant
                                        UNUM LIFE INSURANCE COMPANY OF
                                        AMERICA


                                        AARON & WILSON, LLP

DATED:  August 10, 2006     By:    /s/ ROBERT S. AARON
                                        ROBERT S. AARON
                                        Attorneys for Plaintiff
                                        JOSE GONZALES
```

## ORDER

IT IS HEREBY ORDERED that the Case Management Conference in this matter be continued to January 8, 2007, at 10:00a.m.

**SO ORDERED.**

DATED:   August 21, 2006

*(signature)*
UNITED STATES DISTRICT COURT JUDGE

-2-
STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND ORDER THEREON          CASE NO. C 06-04045 JW (HRL)