ROBERT S. AARON (SBN 138903)                    *E-filed 6/20/07*
TIMOTHY C. WILSON (SBN 173928)
AARON & WILSON, LLP
150 Post Street, Suite 400
San Francisco, California 94108
Telephone:   (415) 438-7800
Facsimile:   (415) 438-7808
rsaaron@aaron-wilson.com

**Attorneys for Plaintiff**
JOSE GONZALES

RIMAC & MARTIN, P.C.
JOSEPH M. RIMAC – State Bar No. 72381
ANNA M. MARTIN – State Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone:   (415) 561-8440
Facsimile:   (415) 561-8430

**Attorneys for Defendant**
UNUM LIFE INSURANCE COMPANY
OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

# *E-FILING*

| | |
|---|---|
| JOSE GONZALES, | ) Case No. C 06-04045 JW |
| Plaintiff, | ) |
| v. | ) **STIPULATED ORDER FOR**<br>) **PRODUCTION OF CREDIT RECORDS** |
| UNUM LIFE INSURANCE COMPANY<br>OF AMERICA | ) |
| Defendant. | ) |

The credit records in the custody and control of Experian Services Corp.,
TransUnion Corp., and Equifax, Inc., described in the subpoenas issued upon Experian
Services Corp., TransUnion Corp., and Equifax, Inc., on May 11, 2007, by defendant,
UNUM LIFE INSURANCE COMPANY OF AMERICA, shall be provided to defendant,
pursuant to this order and the subpoenas.  The subpoenas are attached hereto as
Exhibit A.

1   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2   DATED:  6/15/07

3   _____          _____
                                         ROBERT S. AARON
4                                        Attorneys for Plaintiff
                                         JOSE GONZALES
5
6   DATED:  6/15/07                      _____
                                         ANNA M. MARTIN
7                                        Attorneys for Defendant
                                         UNUM LIFE INSURANCE COMPANY
8                                        OF AMERICA

9   PURSUANT TO STIPULATION, IT IS SO ORDERED.

10
        6/20/07
11  DATED:  _____

12                                       _____
                                         Howard R. Lloyd
13                                       United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulated Order Produce Credit Records                    2

# EXHIBIT A

AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | GEORGIA |
|---|---|---|

JOSE GONZALES

### V.

UNUM LIFE INSURANCE COMPANY
OF AMERICA

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:[1]   C0604045JW

Custodian of Records For:
TO: EQUIFAX, INC
1550 PEACHTREE ST.
ATLANTA, GA   30309-2402

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**RE: JOSE GONZALES DOB:09/18/55 SSN: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**
**See Attachment 3 for Details**

| PLACE | EQUIFAX, INC    1550 PEACHTREE ST.<br>ATLANTA, GA   30309-2402 | DATE AND TIME   05/29/07<br>9:30 A.M. |
|---|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>**Attorney for: Defendant** | DATE<br>05/11/07 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER    **ANNA MARTIN, ESQ.    BAR #: 154279**<br>**RIMAC & MARTIN    ATTORNEYS AT LAW**<br>**1051 DIVISADERO STREET**<br>**SAN FRANCISCO, CA   94115  415/561-8440** | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

/USDOCIVIL.SUB

## Attachment 3

File #: SJS709079

EQUIFAX, INC

Pertaining To:        JOSE GONZALES

Date of Birth:        09/18/55

Social Security No.:   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

ALL DOCUMENTS RELATED TO CREDIT REPORTING OF JOSE GONZALES,
SOCIAL SECURITY NUMBER 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, DATE OF BIRTH 9/18/55 AND
LORELEI GONZALES, SOCIAL SECURITY NUMBER 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 FROM 1997
TO THE PRESENT INCLUDING CREDIT REPORTS, NEGATIVE CREDIT
REPORTING, CREDIT SCORES, CREDIT INQUIRIES BY THIRD PARTIES,
CREDIT ACCOUNTS, PAYMENT HISTORY, DELINQUENT ACCOUNTS, WRITE-OFFS,
COLLECTION ACTIONS, ETC.

(FROM 1997 TO PRESENT)

SJ S7 09 078** SJS709079

(PROOF OF SERVICE BY MAIL - Federal Rule 5(a))

I am employed in the county of SANTA CLARA, my business address is 2025 GATEWAY PLACE #330, SAN JOSE, CA 95110, I am over the age of eighteen (18), and am not a party to the within action(s). I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence described below will be deposited with the United States Postal Service today in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit. I served the within copy: SUBPOENA IN A CIVIL CASE, on the below listed entities in said actions by placing said documents in a sealed envelope with postage fully prepaid and addressed as follows:

**AARON & WILSON, LLP**
**ATTORNEYS AT LAW**
**150 POST STREET**
**SUITE 400**
**SAN FRANCISCO, CA 94108**
**ATTN: ROBERT S. AARON, ESQ.**
**Represents: PLAINTIFF**
**Name: JOSE GONZALES**

and that they were deposited on 05/11/07 for deposit in the United States Postal Service and that the envelope was sealed and placed for collection and mailing that date at Quest Discovery Services, 2025 GATEWAY PLACE #330, SAN JOSE, CA 95110, following ordinary business practices.

DATED:   05/11/07 AT SAN JOSE, CALIFORNIA

I Declare under penalty of perjury that the foregoing is true and correct.

┌─────────────────────────────────┐
│  **This form was printed for**   │
│  **all subpoenas in this series**│
└─────────────────────────────────┘

signature

/ MAILSERV

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | ILLINOIS |
|---|---|---|

JOSE GONZALES

V.

UNUM LIFE INSURANCE COMPANY
OF AMERICA

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:[1]   C0604045JW

Custodian of Records For:
TO: TRANSUNION CORP.
555 W. ADAMO STREET
CHICAGO, IL 60661

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

RE: JOSE GONZALES DOB:09/18/55 SSN: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
See Attachment 3 for Details

| PLACE   TRANSUNION CORP.   555 W. ADAMO STREET CHICAGO, IL 60661 | DATE AND TIME   05/29/07 9:30 A.M. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    **Attorney for: Defendant** | DATE   05/11/07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER   **ANNA MARTIN, ESQ.   BAR #: 154279**
**RIMAC & MARTIN   ATTORNEYS AT LAW**
**1051 DIVISADERO STREET**
**SAN FRANCISCO, CA 94115   415/561-8440**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

## Attachment 3

File #: SJS709078

**TRANSUNION CORP.**

Pertaining To:         **JOSE GONZALES**

Date of Birth:         **09/18/55**

Social Security No.:   **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**

**ALL DOCUMENTS RELATED TO CREDIT REPORTING OF JOSE GONZALES, SOCIAL SECURITY NUMBER 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, DATE OF BIRTH 9/18/55 AND LORELEI GONZALES, SOCIAL SECURITY NUMBER 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 FROM 1997 TO THE PRESENT INCLUDING CREDIT REPORTS, NEGATIVE CREDIT REPORTING, CREDIT SCORES, CREDIT INQUIRIES BY THIRD PARTIES, CREDIT ACCOUNTS, PAYMENT HISTORY, DELINQUENT ACCOUNTS, WRITE-OFFS, COLLECTION ACTIONS, ETC.**

**(FROM 1997 TO PRESENT)**

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | CALIFORNIA |
|---|---|---|

**JOSE GONZALES**

V.

**UNUM LIFE INSURANCE COMPANY
OF AMERICA**

**Custodian of Records For:**
TO: **EXPERIAN SERVICES CORP.**
**475 ANTON BLVD.**
**COSTA MESA, CA  92626**

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1]   **C0604045JW**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**RE: JOSE GONZALES DOB:09/18/55 SSN: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
See Attachment 3 for Details**

| PLACE   Quest Discovery Services   5730 Uplander Way, Ste. 101 Culver City, CA  90230 (800) 477-2662 | DATE AND TIME   05/29/07 9:30 A.M. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /S/                                    **Attorney for: Defendant** | 05/11/07 |

| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER   **ANNA MARTIN, ESQ.   BAR #: 154279**
**RIMAC & MARTIN   ATTORNEYS AT LAW**
**1051 DIVISADERO STREET**
**SAN FRANCISCO, CA  94115  415/561-8440** |
|---|

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

## Attachment 3

File #: **LAS706478**

**EXPERIAN SERVICES CORP.**

Pertaining To:         **JOSE GONZALES**

Date of Birth:         **09/18/55**

Social Security No.:   **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**

**ALL DOCUMENTS RELATED TO CREDIT REPORTING OF JOSE GONZALES,
SOCIAL SECURITY NUMBER 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, DATE OF BIRTH 9/18/55 AND
LORELEI GONZALES, SOCIAL SECURITY NUMBER 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 FROM 1997
TO THE PRESENT INCLUDING CREDIT REPORTS, NEGATIVE CREDIT
REPORTING, CREDIT SCORES, CREDIT INQUIRIES BY THIRD PARTIES,
CREDIT ACCOUNTS, PAYMENT HISTORY, DELINQUENT ACCOUNTS, WRITE-OFFS,
COLLECTION ACTIONS, ETC.**

**(FROM 1997 TO PRESENT)** .

(PROOF OF SERVICE BY MAIL - Federal Rule 5(a))

I am employed in the county of , my business address is 2025 GATEWAY PLACE #330, SAN JOSE, CA 95110, I am over the age of eighteen (18), and am not a party to the within action(s). I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence described below will be deposited with the United States Postal Service today in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit. I served the within copy: SUBPOENA IN A CIVIL CASE, on the below listed entities in said actions by placing said documents in a sealed envelope with postage fully prepaid and addressed as follows:

**AARON & WILSON, LLP**
**ATTORNEYS AT LAW**
**150 POST STREET**
**SUITE 400**
**SAN FRANCISCO, CA 94108**
**ATTN: ROBERT S. AARON, ESQ.**
**Represents: PLAINTIFF**
**Name: JOSE GONZALES**

and that they were deposited on 05/11/07 for deposit in the United States Postal Service and that the envelope was sealed and placed for collection and mailing that date at Quest Discovery Services, 2025 GATEWAY PLACE #330, SAN JOSE, CA 95110, following ordinary business practices.

DATED:  05/11/07 AT SAN JOSE, CALIFORNIA

I Declare under penalty of perjury that the foregoing is true and correct.

| This form was printed for |
| all subpoenas in this series |

signature

/ MAILSERV

AO 88 (Rev. 1/94) Subpoena in a Civil Case

Address and Phone # Confirmed: ✓

COR Phone #
( 714 ) 830 5000

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 16 MAY 07   3:32 | 475 ANTON BLVD.<br>COSTA MESA, CA 92626 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| RIYAD HARB | PERSONALLY |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| MANUEL N LISBERG | Quest Discovery Services<br>Santa Clara #886 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    16 MAY 07
                    DATE

SIGNATURE OF SERVER

5730 Uplander Way, Ste. 101

ADDRESS OF SERVER

Culver City, CA  90230

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1)    A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B)  Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)   fails to allow reasonable time for compliance;
(ii)  requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the

provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii)  requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv)  subjects a person to undue burden.

(B)  If a subpoena

(i)   requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii)  requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.
(1)  A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
(2)  When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

LAS706478