1 **RIMAC & MARTIN, P.C.**
2 JOSEPH M. RIMAC - State Bar No. 72381
  ANNA M. MARTIN - State Bar No. 154279
3 amartin@rimacmartin.com
  1051 Divisadero Street
4 San Francisco, California 94115
  Telephone (415) 561-8440
5 Facsimile (415) 561-8430

6 Attorneys for Defendant
  UNUM LIFE INSURANCE COMPANY
7 OF AMERICA

8 ROBERT S. AARON (SBN 138903)
  TIMOTHY C. WILSON (SBN 173928)
9 AARON & WILSON, LLP
  150 Post Street, Suite 400
10 San Francisco, California 94108
   Telephone:    (415) 438-7800
   Facsimile:    (415) 438-7808
11 rsaaron@aaron-wilson.com

12 Attorneys for Plaintiff
   JOSE GONZALES
13

                    UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA

                           SAN JOSE DIVISION

                                                       *E-FILING*

| | |
|---|---|
| JOSE GONZALES, ) | CASE NO.  C 06–04045 JW (HRL) |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY AND OTHER PRETRIAL DEADLINES [L.R. 6-1 and 6-2; 7-12] |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the deadlines in the Court's current Scheduling Order be continued for ninety (90) days.

Good cause exists for this continuation in that the parties have been diligently engaged in settlement negotiations with the assistance of Martin Quinn at J.A.M.S. since January, 2006.  The

-1-
STIPULATION AND ORDER CONTINUING
DISCOVERY AND PRETRIAL DEADLINES                    CASE NO.  C 06-04045 JW (HRL)

parties have conducted limited discovery over the past several months in an effort to place this matter in a position to determine whether settlement is a possibility.  The parties have been trying to determine whether this matter can be settled without expending a great deal of attorney time and expense.  The parties had intended to conduct a second day of mediation in May, 2007, however, Martin Quinn was out of the country and the parties were unable to schedule mediation at an earlier time.  As a result, the parties have now scheduled a second day of mediation before Martin Quinn on June 29, 2007.  Because the parties have been engaged in only limited discovery up to this point in time to assist in a possible resolution of this matter, the parties request that all deadlines be continued for 90 days.  This will allow the parties time to try and resolve this matter informally.  If a settlement is not reached, then the parties will have sufficient time to engage in necessary discovery, retention of expert witnesses etc. to prepare this matter for trial.

The current Scheduling Order sets the following dates:

| Date | Event |
|---|---|
| 06/29/07 | L.D. to complete depositions |
| 08/20/07 | Last day to lodge with the court and serve on all parties disclosure of expert witnesses |
| 08/31/07 | Last day for parties to disclose rebuttal expert witnesses or motion to exclude the expert or any portion of expert's testimony |
| 10/22/07 | Close of all discovery |
| 01/07/08 | LD for hearing dispositive motions |
| 02/29/08 | Preliminary pretrial conference statements due |
| 03/10/08 | 11:00 a.m., pre-trial conference |

As stipulated above, the parties respectfully request the Court continue the foregoing deadline dates by ninety (90) days so that the parties may have sufficient time to attempt to resolve this matter utilizing private mediation as an alternative means of dispute resolution.

The parties propose the following new schedule, or to any dates thereafter, at the convenience of the Court:

| Date | Event |
|---|---|
| 09/27/07 | L.D. to complete depositions |

-2-

STIPULATION AND ORDER CONTINUING
DISCOVERY AND PRETRIAL DEADLINES               CASE NO.  C 06-04045 JW (HRL)

| | | |
|---|---|---|
| 1 | 11/18/07 | Last day to lodge with the court and serve on all parties disclosure of expert witnesses |
| 2 3 | 11/29/07 | Last day for parties to disclose rebuttal expert witnesses or motion to exclude the expert or any portion of expert's testimony |
| 4 5 | 01/14/08 | LD for hearing on expert and rebuttal expert disclosures (Monday, law and motion day - 42 days after both expert and rebuttal expert disclosures ) |
| 6 7 | 01/20/08 | Close of all discovery |
| 8 | 04/07/08 | LD for hearing dispositive motions |
| 9 | 05/30/08 | Preliminary pretrial conference statements due |
| 10 | 06/09/08 | 11:00 a.m., pre-trial conference |

11  Pursuant to local rules, this document is being electronically filed through the Court's
12 ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this
13 document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
14 concurred with the filing of this document; and (3) a record supporting this concurrence is
15 available for inspection or production if so ordered.

16  **SO STIPULATED.**

17  Executed this 21st day of June, 2007, at San Francisco, California.

18                                    AARON & WILSON, LLP

20 Dated: June 22, 2007        By:   **/s/ Robert S. Aaron**
21                                    ROBERT S. AARON
                                      Attorneys for Plaintiff
22                                    JOSE GONZALES

23                                    RIMAC & MARTIN
24                                    *a Professional Corporation*

25 DATED: June 22, 2007        By:   **/s/ Anna M. Martin**
                                      ANNA M. MARTIN
26                                    Attorneys for Defendant
27                                    UNUM LIFE INSURANCE COMPANY OF
                                      AMERICA
28

-3-

**STIPULATION AND ORDER CONTINUING
DISCOVERY AND PRETRIAL DEADLINES**                CASE NO. C 06-04045 JW (HRL)

1 **ORDER**

2    The parties having so stipulated, IT IS HEREBY ORDERED that the Scheduling Order

3 dates be, and hereby are, each extended by ninety (90) days.  The Court [adopts the parties'

4 proposed schedule and] shall issue a new Scheduling Order reflecting the new deadlines.

5    **SO ORDERED.**

7 DATED: _____June 25 2007_____   _____/s/ James Ware_____

8                                         UNITED STATES DISTRICT COURT JUDGE

-4-

**STIPULATION AND ORDER CONTINUING
DISCOVERY AND PRETRIAL DEADLINES**          **CASE NO.  C 06-04045 JW (HRL)**