United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jose Gonzales, | NO. C 06-04045 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: DISMISSAL** |
| v. | |
| UNUM Life Insurance Company of America, | |
| Defendant. | |

On June 9, 2008, the Court conducted a Preliminary Pretrial Conference in the above entitled case as previous set by the Court's Scheduling Order. (See Docket Item No. 20.) No one appeared at the conference.

The Court hereby orders both parties to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **June 30, 2008 at 9:00 a.m.** to show cause, if any, by actual appearance in Court, and by certification filed with the Court at least ten (10) days prior to appearance date, why said cause should not be dismissed for failure to attend the June 9, 2008 Preliminary Pretrial Conference. The certificate shall set forth in factual summary the reason no appearance was made and what steps the parties are taking to pursue or defend the action, their present status and the expected future course of the litigation.

If the parties fail to file the certification, the hearing will be vacated automatically and the case will be dismissed for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: June 12, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anna M. Martin annamartin@rimacmartin.com
Robert Scott Aaron rsaaron@aaron-wilson.com
Timothy C. Wilson tcwilson@aaron-wilson.com

**Dated: June 12, 2008**                                              **Richard W. Wieking, Clerk**

                                                      **By:**     **/s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California